IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ZENDEJAS VEGA, | No. C 10-03399 JW (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| R. GROUNDS, et al., | |
| Defendants. | |

Per order filed on January 31, 2011, the Court dismissed plaintiff's pro se prisoner civil rights complaint with leave to amend within thirty days, and advised plaintiff that failure to file a proper amended complaint and a complete in forma pauperis application within the designated time would result in the dismissal of this action without prejudice and without further notice to plaintiff.  (See Docket No. 5 at 2.)  More than thirty days have elapsed.  However, plaintiff has not filed an amended complaint and a complete in forma pauperis application or sought an extension of time to do so.  Accordingly, this action is DISMISSED without prejudice.

DATED:   April 25, 2011

JAMES WARE
United States District Chief Judge

Order of Dismissal
P:\SmithS\JUDGES\JW\4-25-11\Vega03399_dismissal.wpd